1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2 | MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 | ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney
4
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
6 | FAX: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
OAKLAND DIVISION
11
12 | ANDREW HAHN,
                                              C 4:23-cv-01244 HSG
13 |                  Plaintiff,
14 |         v.                                **STIPULATION TO EXTEND TIME WITHIN
                                              WHICH DEFENDANTS MUST FILE A
15 | UNITED STATES DEPARTMENT OF              RESPONSE AND ORDER**
   | STATE, *et al.*,
16 |
   |                  Defendants.
17

18

19     The parties, through their undersigned attorneys, hereby stipulate to an extension of time within

20 which the Defendants must serve the answer or otherwise respond in the above-entitled action.

21 Defendants will file their response on or before July 10, 2023.

22     The parties further request a corresponding extension on the deadline for filing a summary

23 judgment motion under the Court's Immigration Mandamus Procedural Order.  Currently, if Plaintiff

24 has not filed a motion for summary judgment by 90 days after the Complaint was filed, or June 15,

25 2023, Defendants must file a motion for summary judgment by 120 days after the Complaint was

26 served, or July 26, 2023.  In light of the agreed-upon extension for Defendants' response to the

27 Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by

28

Stip to Extend
C 4:23-cv-01244 HSG                                  1

July 31, 2023, Defendants must file their motion for summary judgment by September 8, 2023.  In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: May 22, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 22, 2023

  /s/ Christina Sullivan
CHRISTINA SULLIVAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   5/23/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge