1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12 | ANDREW HAHN,
13 |                Plaintiff,              C 4:23-cv-01244 HSG
14 |       v.                               **SECOND STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER**
15 | UNITED STATES DEPARTMENT OF STATE, *et al.*,
16 |
17 |                Defendants.

18

19    The parties, through their undersigned attorneys, hereby stipulate to an extension of time within

20 which the Defendants must serve the answer or otherwise respond in the above-entitled action.

21 Defendants will file their response on or before August 9, 2023.

22    In light of the second agreed-upon extension of Defendants' response to the complaint, the

23 parties request that, if Plaintiff has not filed a motion for summary judgment by August 30, 2023,

24 Defendants must file their motion for summary judgment by October 9, 2023.  In accordance with Civil

25 Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the

26 filing of this document.

27

28

Stip to Extend
C 4:23-cv-01244 HSG                          1

| | | |
|---|---|---|
| 1 | Dated: July 10, 2023 | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 | | |
| 4 | |  /s/ Elizabeth D. Kurlan  <br>ELIZABETH D. KURLAN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated: July 10, 2023 | |
| 8 | |  /s/ Christina Sullivan  <br>CHRISTINA SULLIVAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   7/10/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

Stip to Extend
C 4:23-cv-01244 HSG                                    2